IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARK DAVID REID,**<br>     Plaintiff,<br><br>     v.<br><br>**HEARTLAND PAYMENT SYSTEMS, a Global Payment Company,**<br>     Defendant. | **CIVIL ACTION**<br><br>**NO. 17-4399** |

## ORDER

**AND NOW** this 19th day of January, 2018, for the reasons stated in foregoing Memorandum, it is **ORDERED** that the Defendant's Motion to Dismiss (ECF 5) is **GRANTED** without prejudice and with leave to re-plead within thirty (30) days.

**BY THE COURT:**


/s/ Michael M. Baylson
**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 17\17-4399 Reid v Heartland Pymt Sys\17cv4399 Order granting MTD.docx